District Judge James L. Robart

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11   SEA SHEPHERD LEGAL,

12                             Plaintiff,

13

14              v.

15   NATIONAL OCEANIC AND
     ATMOSPHERIC ADMINISTRATION, *et*
16   *al.*,

17

18                             Defendants.

Case No. C19-1485 JLR

JOINT STATUS REPORT AND
ORDER

Noted for Consideration:
June 2, 2020

19        Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit

20   under the Freedom of Information Act ("FOIA") against Defendants NATIONAL

21   OCEANIC AND ATMOSPHERIC ADMINISTRATION and NATIONAL MARINE

22   FISHERIES SERVICES, seeking disclosure of certain documents ("Second FOIA

23   Lawsuit"). This request is supplemental to the request at issue in a related case, *Sea*

24   *Shepherd Legal v. NOAA, et al.*, 19-cv-463-JLR ("First FOIA Lawsuit"). On October 11,

25   2019, the Court granted the parties' stipulated motion to stay the dispositive briefing

26   schedule in the First FOIA Lawsuit. Dkt. No. 19.

27        Since the Court granted the parties' stipulated motion, Defendants have produced

28   all non-exempt responsive records between December 21, 2018 and March 18, 2019.

JOINT STATUS REPORT AND ORDER C19-463 JLR
- 1

1  Defendants are currently processing potentially responsive records to SSL's FOIA

2  request at issue in the Second FOIA Lawsuit for the remaining period prior to October 9,

3  2019. Defendants anticipate that all non-exempt responsive records will be produced by

4  the end of July 2020. Defendants have also provided a Vaughn index for documents

5  released to date that have been redacted under FOIA Exemptions 5 and 7.

6      SSL has brought to Defendants' attention concerns about the FOIA exemptions

7  applied to redactions for the documents covered by Defendants' recently provided

8  Vaughn index. The parties submit this JSR to notify the Court that it has become apparent

9  that a resolution is not feasible as to a number of issues, including those relating to the

10 FOIA exemptions relied upon by Defendants. Accordingly, the parties will submit a joint

11 briefing schedule to the Court by June 4, 2020.

12      Pursuant to FRCP 42(a), the parties also intend to file a stipulated motion

13 requesting consolidation of the First and Second FOIA Lawsuits solely for the purpose of

14 the Court's consideration of the parties' briefing concerning Defendants' document

15 redactions. As will be further detailed in the stipulated motion, both FOIA cases involve

16 common issues of law and fact. Consolidation offers efficiency and convenience and

17 would not delay disposition of either case.

18 Dated this 2nd day of June 2020.

19                          Respectfully submitted,

20                          s/      Brett W. Sommermeyer
                            BRETT W. SOMMERMEYER, WSBA # 30003
21

22                           s/      Catherine E. Pruett
                            CATHERINE E. PRUETT, WSBA # 35140
23

24                          SEA SHEPHERD LEGAL
                            2226 Eastlake Avenue East, No. 108
25                          Seattle, WA  98102
26                          Phone: (206) 504-1600
                            Email: brett@seashepherdlegal.org
27                          Email: catherine@seashepherdlegal.org

28
                            *Attorneys for Plaintiff*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRIAN T. MORAN
United States Attorney

 s/      Michelle R. Lambert
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

**IT IS SO ORDERED**.

Dated this 3rd day of June 2020.

**JAMES L. ROBART**
United States District Judge