UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, et al.,<br><br>　　　　　　Defendants. | CASE NO. C19-1485JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court ORDERS that this case is consolidated for all purposes into case number C19-0463JLR.  No documents hereafter shall be filed or docketed in

//

//

MINUTE ORDER - 1

1  C19-1485JLR.  The schedule set forth in case number C19-0463JLR shall apply to all

2  issues.  The clerk is directed to close case number C19-1485JLR.

3       Filed and entered this 12th day of June, 2020.

                           WILLIAM M. MCCOOL
                           Clerk of Court

                           s/ Ashleigh Drecktrah
                           Deputy Clerk

MINUTE ORDER - 2